52 A.3d 221

The SCHOOL DISTRICT OF PHILADELPHIA, Walter D. Palmer Leadership Learning Partners Charter School

v.

DEPARTMENT OF EDUCATION.

Petition of Walter D. Palmer Leadership Learning Partners Charter School.

No. 94 EM 2012.

Supreme Court of Pennsylvania.

Aug. 31, 2012.

## ORDER

PER CURIAM.

AND NOW, this 31st day of August, 2012, the Application for Relief is **DENIED.**